## MOTION AND PROCEDURAL RULINGS

**1986–1976. State v. Bedford.**
Hamilton App. No. C–840850. This cause came on for further consideration upon appellant's motion for stay of execution scheduled for May 17, 2011, which was filed on May 13, 2011. Upon consideration thereof, it is ordered by the court that the motion is denied.

PFEIFER, J., dissents.

## CASE ANNOUNCEMENTS
### *May 16, 2011*

[Cite as *05/16/2011 Case Announcements #3*, 2011-Ohio-2355.]

## APPEALS NOT ACCEPTED FOR REVIEW

**2011–0833. Bedford v. State.**
Hamilton App. No. C–110284, 2011-Ohio-2352. Discretionary appeal not accepted. Motion for stay of execution denied.

PFEIFER, J., dissents.

## CASE ANNOUNCEMENTS
### *May 19, 2011*

[Cite as *05/19/2011 Case Announcements*, 2011-Ohio-2384.]

## MOTION AND PROCEDURAL RULINGS

**2010–0722. In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 09–1095–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission.

Upon consideration of Industrial Energy Users–Ohio's motion to dismiss or withdraw Proposition of Law Nos. I and II, it is ordered by the court that the motion is denied as moot. Industrial Energy Users–Ohio's cross-appeal, comprising Proposition of Law Nos. I through IV, was dismissed by the court's entry of March 15, 2011.

**2010–1073. In re Application of Columbus S. Power Co.**
Public Utilities Commission, No. 10–154–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission.

Upon consideration of Industrial Energy Users–Ohio's motion to dismiss or withdraw Proposition of Law Nos. I and II, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2010–1249. In re Resignation of Cronin.**
This cause came on for further consideration upon the filing by respondent of a motion to purge contempt.

Upon consideration thereof, it is ordered by this court that respondent's motion is granted.